## BARBARA A. BIES *v.* MICHAEL BIES

The defendant's petition for certification for appeal from the Appellate Court (AC 13370) is denied.

*Enrico Vaccaro,* in support of the petition.

*John A. Corona,* in opposition.

Decided June 9, 1994

## STATE OF CONNECTICUT *v.* RODNEY J. SUPLICKI

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 126 (AC 12053), is denied.

*Leah Hawley,* assistant state's attorney, in support of the petition.

Decided June 9, 1994

## CHARLES S. BRADFORD ET AL. *v.* STEVEN HERZIG

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 714 (AC 12192), is denied.

*Daniel E. Ryan III,* in support of the petition.

*Miles F. McDonald, Jr.,* in opposition.

Decided June 9, 1994